UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PATIENTPOINT NETWORK SOLUTIONS, LLC, : | Case No. 1:14-cv-226 |
| : | |
| Plaintiff, : | Judge Timothy S. Black |
| : | |
| vs. : | |
| : | |
| CONTEXTMEDIA, INC., *et al*., : | |
| : | |
| Defendants. : | |

## CALENDAR ORDER

This case came before the Court for a Preliminary Pretrial Conference by telephone on June 11, 2014 at 12:30 p.m.  Attorneys Grant Cowan, Jeanah Park, Thomas Dee, Charles Schafer and Thomas Hankinson participated.  The Court enters the following Calendar Order:

| | |
|---|---|
| Motions to amend the pleadings & add additional parties: | **October 20, 2014** |
| Motions directed to the pleadings | **November 19, 2014** |
| Disclosure of lay witnesses: | **November 19, 2014** |
| Status conference by telephone with Judge Black:* | **December 12, 2014 @ 10:00 a.m.** |
| Fact discovery deadline: | **December 19, 2014** |
| Primary expert witness(es): | **January 16, 2015** |
| Rebuttal expert witness(es): | **February 20, 2015** |
| Expert discovery deadline: | **March 2, 2015** |
| Dispositive motions:** | **April 3, 2015** |
| Status conference by telephone with Judge Black:* | **May 4, 2015 @ 11:30 a.m**. |
| Final pretrial conference, Cincinnati Chambers: | **July 20, 2015 @ 11:30 a.m.** |
| Jury trial in Cincinnati: | **August 3, 2015 @ 9:30 a.m.** |

**IT IS SO ORDERED**.

Date:  June 13, 2014                 *s/ Timothy S. Black*
                                      Timothy S. Black
                                      United States District Judge

\*  For telephone conferences on this Order, the parties shall call into 1-888-684-8852, and use the following codes: Access code: 8411435; Security code: 123456.

\*\* See the Standing Order Governing Civil Motions for Summary Judgment: http://www.ohsd.uscourts.gov/judges/fpblack.htm